**FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for First Mexia Bank**

v.

**Virgie M. GRAY, Successor Administrator With Will Annexed of the Estate of Elmer J. Gray, Deceased.**

No. D–3301.

Supreme Court of Texas.

March 24, 1993.

Joint Motion of the parties to dismiss cause pursuant to settlement filed herein on February 25, 1993, is granted; application for writ of error is granted without reference to the merits; respondent's unopposed second motion to extend time to file reply is dismissed as moot.

The judgments of the courts below are set aside without reference to the merits, and the cause is remanded to the trial court for entry of judgment in accordance with the settlement agreement of the parties.